UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOVAN CLAYBRON,

    Plaintiff,

v.

JODI DEANGELO, *et al.*,

    Defendants.

_____/

Case No. 23-10840

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S OCTOBER 6, 2023 REPORT AND RECOMMENDATION [26]**

This is a pro se prisoner civil rights lawsuit filed under 42 U.S.C. § 1983 by Plaintiff Jovan Claybron. (ECF No. 1.) The case has been referred to Magistrate Judge Elizabeth A. Stafford for all pre-trial matters. (ECF No. 9.) Before the Court is the Magistrate Judge's report and recommendation to deny Plaintiff's motion for an urgent safety transfer. (ECF No. 26.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge. Thus, the Court ACCEPTS AND ADOPTS the report and recommendation (ECF No. 26). Accordingly, Plaintiff's motion for an urgent safety transfer (ECF No. 14) is DENIED.

    SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: November 1, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 1, 2023, by electronic and/or ordinary mail.

           s/Lisa Bartlett
           Case Manager